# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES FLORES,<br><br>        Plaintiff,<br><br>    v.<br><br>RED ROBIN,<br><br>        Defendant. | Case No. 1:17-cv-00595-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff Moses Flores, a Nevada state prisoner, is appearing pro se in this action and he is seeking relief pursuant to the Equal Pay Act, 29 U.S.C. § 206(d). On April 28, 2017, Plaintiff filed a complaint in this action. However, Plaintiff did not file an application to proceed in forma pauperis, or pay the filing fee. Plaintiff is required to either pay the filing fee or file an application demonstrating that he is entitled to proceed in this action without prepayment of the filing fee. Although Plaintiff refers to an application to proceed in forma pauperis that he filed in another case in this court, if he seeks to proceed in forma pauperis in this action, he must file an application to proceed in forma pauperis in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk is directed to provide Plaintiff with an application to proceed in forma pauperis by a prisoner;

2. Within thirty (30) days from the date of service of this order, Plaintiff shall file

1

| | |
|---|---|
| 1 | the attached application to proceed in forma pauperis, completed and signed, or in |
| 2 | the alternative, pay the $400.00 filing fee for this action; |
| 3 | 3. No extension of time will be granted without a showing of good cause; and |
| 4 | 4. The failure to comply with this order will result in dismissal of this action, |
| 5 | without prejudice. |

IT IS SO ORDERED.

Dated: **April 28, 2017**

_____
UNITED STATES MAGISTRATE JUDGE